United States District AND Bankruptcy Court
For The District Of Columbia................

**FILED**
NOV - 5 2014
Clerk, U.S. District and
Bankruptcy Courts

Ernest M. Greely, Jr. Reg:06009-16.
Allenwood POBox. 2000.
White Deer, PA.17887-2000.

Civil  Action  No

vs.

Mr. Matthew Leefer, Attoney AT Law...
33North Maine STreet.
Boonburg Md.

Case: 1:14-cv-01852
Assigned To : Unassigned
Assign. Date : 11/5/2014
Description: Miscellaneous

Jury Demand

OCT 17 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Complaint.

On or about this said motions and application to petition Mr. Matthew Leefer, Attoney, AT Law,. whom residential at 33North maine street, Boonbury Md.    Did violated this said violations in his conduces of codes by not keeping contact with his client'Mr. Ernest M. Greely, Jr.06009-016, for said appeals, application and motion and petition, toward the trial and appeal rememdy's.   He lost contact all contact with his client and failed to keep up with appointments with client Mr. Ernest M. Greely, Jr., Reg:06009-016....    This applicate is hereby requesting a jury trial, for said damagers and harmful action done him, Ernest M. Greely, Jr. wrong, to Mr. Ernest M. Greely, Jr.Reg:06009-016, about not keepping contacts with client, AND up to dates the client with information and too also infored client with advise towards his case.....

I am also requesting for puntives damages,and money, for I had lost while being incarcearated here in Allenwood p.o.box, 2000., White DEer Pa. 17887-2000., from social security administration, back in 2013, of August 2013, where E. Greely, Jr. o6009-016,., lost his  benfits ,where

(1).

I also, have to resigned up all over past two years, for being incarcerated.

    I AM SPECIFICE REQUESTING THAT THE COURTS GRANT IN FAVORS OF THE LOST OF WITHHELD BENFITS AND MONEYS, THAT SOCIAL SECURITY ADMINISTRATION 1905 b-9 street; north west, washington  D.c., 20005.., in the amount of $26,695. 20. that this amount be restored back to Mr . E . Greely, Jr. Reg: 06009-016.

                                           Respectfilly Submitted...,

(2ll.