UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
DEC 17 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| Ernest M. Greely, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 14-1852 (UNA) |
| ) | |
| Matthew Leefer, ) | |
| ) | |
| Defendant. ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 12th day of December 2014,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. # 2] is GRANTED; it is

FURTHER ORDERED that this case is DISMISSED without prejudice. This is a final appealable Order.

United States District Judge