**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED
JAN 16 2015
Clerk, U.S. District and
Bankruptcy Courts

Mr. Ernest M. Greeley Bey 06009-016#
_____
Plaintiff

vs.                                     Civil Action No. 14-1852 UNA

Mr. Matthew Leefer, Attorney At Law.
_____
Defendant

### NOTICE OF APPEAL

Notice is hereby given this **2nd** day of **January**, 20**15**, that

Mr. Ernest Matthew Greeley D. Bey, 06009-016#

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the **17th** day of **DECEMBER**, 20**14**

in favor of **MATTHEW LEEFER**

against said **ERNEST M. GREELY, JR.**

_____
Attorney or Pro Se Litigant
Mr. Ernest M. Greeley Bey
Reg: 06009-016#.

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

**District of Columbia Court of Appeals**
AFTER 5 DAYS RETURN TO
430 E STREET, N.W.
WASHINGTON, D.C. 20001

OFFICIAL BUSINESS
PENALTY FOR MISUSE


RECEIVED
Mail Room
JAN 16 2015
United States Court of Appeals
District of Columbia Circuit

US Court of Appeals for the: District of Columbia Cir.
333 Constitution Avenue, NW, Fifth Floor
Washington, DC 20001-2866

Hasler
01/14/2015
US POSTAGE $00.48
ZIP 20001
011D11607185